## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **STEVEN BRYAN,** | § | |
| Plaintiff | § | |
| v. | § | |
| **EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and PEOPLESSOUTH BANK f/k/a PEOPLES COMMUNITY BANK,** | § § § § | CIVIL ACTION NO: 2:06-CV-00166-SRW |
| Defendants | § | |

### DEFENDANT TRANS UNION LLC'S DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby files its Disclosure Statement and in support thereof would respectfully show the Court as follows:

1. Parent Companies: Trans Union LLC is wholly owned by TransUnion Corporation, a Delaware Corporation.

2. No public company owns 10% or more of the stock in Trans Union LLC. Trans Union LLC is not publicly traded.

Respectfully submitted,

/s/ Kary Bryant Wolfe
KARY BRYANT WOLFE (WOL016)
WALSTON, WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)

**ATTORNEY FOR TRANS UNION LLC**

887948.1/SP2/83057/0100/031506

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Earl Price Underwood, Jr.
James Donnie Patterson
Law Offices of Earl P Underwood
PO Box 969
Fairhope, AL 36533-0959

Jimmy S. Calton, Jr.
Calton & Calton
PO Box 895
226 East Broad Street
Eufaula, AL 36072-0895

**Attorneys for Plaintiff**

        /s/ Kary Bryant Wolfe
        OF COUNSEL