UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STEVEN BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06CV166-SRW |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC., TRANS UNION LLC, ) | |
| And PEOPLESSOUTH BANK f/k/a ) | |
| PEOPLES COMMUNITY BANK, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Equifax Information Services LLC, ("Equifax"), by Counsel, and hereby makes the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax, Inc., which is a publicly traded company.

     /s/ E. Luckett Robinson, II
E. LUCKETT ROBINSON, II (ROBIE6110)
Attorney for Equifax Information Services, LLC

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511

**CERTIFICATE OF SERVICE**

      This is to certify that I have, on March 22, 2006, served a copy of the foregoing upon the following parties by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Earl P. Underwood, Jr.
James D. Patterson
Law Offices of Earl P. Underwood, Jr.
Post Office Box 969
Fairhope, AL 36533-0969

                                              /s/ E. Luckett Robinson, II