UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STEVEN BRYAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06CV166-SRW |
| | ) |
| EQUIFAX INFORMATION SERVICES | ) |
| LLC., TRANS UNION LLC, | ) |
| And PEOPLESSOUTH BANK f/k/a | ) |
| PEOPLES COMMUNITY BANK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, a member of the Bar of this Court, respectfully moves that the Court admit Garrett E. Miller, Esq., a member of the Bar of the State of Georgia, to represent Defendant Equifax Information Services LLC, ("Equifax") in the above-captioned matter, and in support thereof state as follows:

1. The accompanying Affidavit of Garrett E. Miller establishes the following:

    a. He is a member of the law firm of Kilpatrick Stockton LLP, which has offices at 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309. Mr. Miller practices in the firm's Atlanta office.

    b. He is a member in good standing of the bar of the State of Georgia and is admitted to practice in the United States District Court for the Northern District of Georgia, and the Northern District of Illinois.

2. The purpose of this application is to make it possible for Mr. Miller to represent the defendant, which has sought this firm's advice and assistance with respect to this litigation.

9123385.1

3.  This lawsuit involves issues relating to credit reporting regulation in which both Mr. Miller and his firm have experience and expertise. Kilpatrick Stockton LLP and Mr. Miller are national defense counsel for Equifax and have represented them in other credit reporting regulation matters.

4.  No previous motions have been filed with respect to the subject matter of this motion.

5.  Such fees as are required to support this application will be paid as directed by the Clerk of the Court.

WHEREFORE, the undersigned respectfully requests that Garrett E. Miller be admitted and granted permission to represent the defendant in this matter *pro hac vice.*

This 23rd day of March, 2006.

Respectfully submitted,

EQUIFAX INFORMATION SERVICES LLC

By: /s/ E. Luckett Robinson, II
E. Luckett Robinson II, Esq. (ROBIE6110)
Hand Arendall, L.L.C.
3000 AmSouth Bank Building
107 St. Francis Street
Mobile, Alabama 36602
tel: (251) 432-5511
fax: (251) 694-6375
lrobinson@handarendall.com

OF COUNSEL:

Garrett E. Miller, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Ste. 2800
Atlanta, GA 30309
Tel: (404) 815-6156
Fax: (404) 541-4791
gmiller@kilpatrickstockton.com

9123385.1

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STEVEN BRYAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06CV166-SRW |
| | ) |
| EQUIFAX INFORMATION SERVICES | ) |
| LLC., TRANS UNION LLC, | ) |
| And PEOPLESSOUTH BANK f/k/a | ) |
| PEOPLES COMMUNITY BANK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AFFIDAVIT OF GARRETT E. MILLER

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Garrett E. Miller, who after first being duly sworn, deposes and states as follows:

1.  I am an attorney with the law firm of Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309, (404) 815-6646.

2.  I make this Affidavit in support of the motion to admit me *pro hac vice* to appear and participate in this matter as attorney for defendant Equifax Information Services LLC. I have personal knowledge of the matters set forth herein.

3.  I was admitted to the Bar of the State of Georgia in 2001.

4.  Kilpatrick Stockton LLP is associated with E. Luckett Robinson of Hand Arendall, L.L.C., for this defendant in this lawsuit. That firm's offices are located at 3000 AmSouth Bank Building, 107 St. Francis Street, Mobile, Alabama 36602. Mr. Robinson and his law firm are qualified to practice before this Court.

5.  Equifax Information Services LLC has requested that my firm and I represent them in the defense of this matter.

3

9123385.1

6. It is respectfully submitted that there is good cause for my admission *pro hac vice*. This lawsuit involves issues relating to credit reporting in which both my firm and I have experience and expertise. My firm and I have represented this client in other credit reporting matters.

7. I am a member in good standing of the Bar of the State of Georgia and have been admitted to practice in the United States District Court for the Northern District of Georgia and the Northern District of Illinois. I have not been censored, disciplined, suspended or disbarred by any court; nor are there any disciplinary proceedings pending against me in any court.

8. I have studied the local rules of this Court and am familiar with them.

9. I respectfully request that I be admitted to practice before the United States District Court for the Middle District of Alabama for the purposes of participation in this action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

FURTHER AFFIANT SAYETH NOT

This 16th day of March, 2006.

_____
Garrett E. Miller

Sworn to and subscribed before
me this 16th day of March, 2006.

_____
Notary Public

[Notary Seal: Stephanie M. Peltier, Notary Public, Cobb County, Georgia, Expires April 25, 2008]

## CERTIFICATE OF SERVICE

I hereby certify that I have on March 23, 2006, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jimmy S. Calton, Jr., Esq.
Calton & Calton
P.O. Box 895
226 East Broad Street
Eufaula, AL 36072-0895
caltonlaw@eufaula.rr.com

Earl P. Underwood, Jr., Esq. (epunderwood@alalaw.com)
James Donnie Patterson, Esq. (jpatterson@alalaw.com)
Law Offices of Earl P Underwood
P.O. Box 969
Fairhope, AL 36533-0959

Kary B. Wolfe, Esq.
Walston Wells Anderson & Birchall LLP
P.O. Box 830642
Birmingham, AL 35283-0642
kwolfe@walstonwells.com


        /s/ E. Luckett Robinson, II

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STEVEN BRYAN, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 2:06CV166-SRW ) |
| EQUIFAX INFORMATION SERVICES LLC., TRANS UNION LLC, And PEOPLESSOUTH BANK f/k/a PEOPLES COMMUNITY BANK, | ) ) ) ) ) |
|     Defendants. | ) ) |

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Garrett E. Miller, counsel for Equifax Information Services LLP, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby GRANTED

DONE and ORDERED this ____ day of _____, 2006.

                                                          _____
                                                                 United States District Judge

cc: Counsel of Record

9123385.1

M/D-39 revised 6/04

THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

## APPLICATION FOR ADMISSION TO PRACTICE [1]

[1] This is an application for admission to the BAR OF THE COURT, fee for which is $170.00 as of 06/04. Application to APPEAR PRO HAC VICE should be by motion, accompanied by a fee of $20.00 and a certificate of good standing as detailed in local rule 83.1.

Garrett E. Miller
Full Name

Kilpatrick Stockton LLP
Firm/Business Associated with, if any

404-815-6156
Business Telephone Number

1677 Barfield Run, Atlanta, GA 30318
Home Address

***8894
Social Security Number

1100 Peachtree Street, Suite 2800
Firm/Business Address

404-541-4791
Business Fax Number

404-351-4403
Home Telephone Number

U.S. District Court, Northern District of Georgia; U.S. District Court, Northern District of Illinois
Other courts admitted to practice

Date admitted to Supreme Court of Alabama & State Bar Code

3/16/06
Date

_(signature)_
Signature of Applicant

---

You must pay a fee of $170 and comply with **either** local rule 83.1(a)(1)(A) **or** local rule 83.1(a)(1)(B) below:

either...

Local rule **83.1(a)(1)(A)** allows an applicant to the Bar of this Court to be admitted on order of a district judge of this Court and the administering of the prescribed oath. Applicant must be present to meet with the district judge and to be administered the oath.

### MOTION FOR ADMISSION

The undersigned, __E. Luckett Robinson__, a member of the bar of the United States **District Court for the Middle District of Alabama**, does hereby move that the foregoing applicant be admitted to practice as an attorney of this Court, this the _____ day of _____, ____.

_____
Signature of Movant

### ORDER FOR ADMISSION

Ordered that the above motion to admit applicant to the Bar of this Court is hereby granted. Signed this the _____ day of _____, ____.

_____
Signature of District Judge

or......  Pursuant to local rule **83.1(a)(1)(B),** enclose a current and original Certificate of Good Standing _____

---

Excerpt from Local Rule 83.1  Attorneys: Admission to Practice and Disciplinary Proceedings.
a) <u>Bar of Court</u>. The Bar of this Court consists of those persons previously admitted to (and not removed from) the Bar of this Court and of those persons who hereafter are admitted under this rule.
   (1) Any attorney who is admitted to practice before the Supreme Court of Alabama may be admitted to the Bar of this Court upon the submission of an application, payment of the prescribed admission fee, and
      (A) the order of a district judge of this Court (on oral or written motion by a member of the Bar of this Court or on the Court's own motion), and the administering of the prescribed oath before any judge (or other designee) of this Court; or
      (B) the filing of a certificate of good standing from the Clerk of the United States District Court located within the district in which the applicant resides or regularly practices law.
(b) <u>Appearance Pro Hac Vice</u>. Any attorney who is not a member of the Bar of this Court but who is admitted to practice before the United States District Court for the district in which such person resides or regularly practices law, may, upon request, be admitted pro hac vice by an order of any district judge, magistrate judge, or bankruptcy judge of this Court. A certificate of good standing from the district in which the attorney is admitted must be attached to his/her request for admission pro hac vice. Any such attorney who appears as counsel by filing any pleading or paper in any case pending in this Court shall, contemporaneously with the filing of such papers, apply for admission pro hac vice as set out herein.

~~Check our web page on www.almd.uscourts.gov for current rules and fees ~~

U.S. District Court
Middle District of Alabama

# MANDATORY ATTORNEY DATA UPDATE AND REGISTRATION

Last name: Miller
First name: Garrett
Middle name: E.
Generation (JR, SR, I, II):
Title:
Alabama Bar Id *: GA - 506568 -
Office (law firm, etc.): Kilpatrick Stockton LLP
Unit or Division:
Address Line 1 **: 1100 Peachtree Street
Address Line 2: Suite 2800
Address Line 3:
City: Atlanta
State: Georgia
Zip: 30309
Country: United States
Social Security #: - - 8894
Business Phone: 404-815-6156
Fax: 404-541-4791
Primary Internet E-mail: gmiller@kilpatrickstockton.com
Secondary E-mail: speltier@kilpatrickstockton.com

** Use Business Address Please. If not available, use home address.

* Use Alabama Bar #, which starts with ASB, followed by last four digits of the SSN, etc. If not ASB member, enter your State Bar #

**ATTORNEYS MUST SIGN ONE OF THE TWO OPTIONS BELOW:**
Registration for CM/ECF - E-Service*
Authorization to Send Orders, Judgments, Pleadings and Other Documents by E-Mail Transmission

In accordance with the provisions of F.R.CIV.P.5(b)(2)(D), I understand that service, except for original process, will be given to me by electronic means to the e-mail addresses listed above. I agree to waive the provisions of F.R.Civ.P.77(d) and F.R.Crim.P.49(c) providing service of notice of the entry of an order or judgment by mail and consent that such notice may be served by electronic means. I am a member of the bar in good standing. I understand that this electronic notice will be in lieu of notice by mail.

3/16/06
Date

*signature*
Signature of Attorney

* Attorneys of Record in Social Security and Criminal Cases must also have a PACER account to view documents by e-mail. Please contact the Public Access to Court Electronic Records (PACER) Service Center's web site (http://pacer.psc.uscourts.gov) to register.

-OR-

I do not intend to practice or foresee practicing in the U.S. District Court for the Middle District of Alabama.

Date                    Signature of Attorney

**Please fax this form to 334.954.3967**    (alternate #: 334.954.3615)    If Faxed, do not mail, please.

Or mail to:    Clerk, US District Court
P. O. Box 711
Montgomery, AL 36101-0711

~~Check our web page on www.almd.uscourts.gov for current rules, fees, standing orders, etc



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** } 
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **GARRETT E. MILLER, State Bar No. 506568,** was duly admitted to practice in said Court on April 29, 2002, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 16th day of March, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

