IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| STEVEN BRYAN, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC. and PEOPLES SOUTH BANK f/k/a PEOPLES COMMUNITY BANK, <br><br> Defendants. | Case No.: 2:06-CV-00166-SRW |

## RULE 7.1 DISCLOSURE STATEMENT

**COMES NOW** defendant, PeoplesSouth Bank ("Defendant") by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure 7.1, hereby provides the following disclosures:

No publicly held corporation owns 10% or more of Defendant's stock.

Submitted this 27th day of March, 2006.

                                           s/ Gary L. Howard
                                           Gary L. Howard (HOW044)
                                           Ricky J. McKinney (MCK030)
                                           Christian W. Hancock (WAT070)
                                           Jason A. Walters (WAL175)

                                           Attorneys for Defendant PeoplesSouth Bank

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North Twentieth Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1449828

## CERTIFICATE OF SERVICE

     I hereby certify that on March 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Earl P. Underwood, Jr.
James D. Patterson
Law Offices of Earl P. Underwood
21 South Section Street
Fairhope, Alabama 36533
epunderwood@alalaw.com
jpatterson@alalaw.com

Jim S. Calton, Jr.
Calton & Calton
226 East Broad Street
Eufaula, Alabama 36027
caltonlaw@eufaula.rr.com

Kary B. Wolfe
Walston Wells & Birchall LLP
One Federal Place, Suite 1100
1819 Fifth Avenue North
Birmingham, Alabama 35203
kwolfe@walstonwells.com

E. Luckett Robinson, II
Hand Arendall LLC
Post Office Box 123
Mobile, Alabama 36601
lrobinson@handarendall.com

Garrett E. Miller
Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
gmiller@kilpatrickstockton.com


s/ Gary L. Howard
Of Counsel

1449828                     2