UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STEVEN BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06CV166-SRW |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC., TRANS UNION LLC, ) | |
| And PEOPLESSOUTH BANK f/k/a ) | |
| PEOPLES COMMUNITY BANK, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION GRANTED**

THIS 27th DAY OF March, 2006

_[signature]_
UNITED STATES MAGISTRATE JUDGE

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, a member of the Bar of this Court, respectfully moves that the Court admit Garrett E. Miller, Esq., a member of the Bar of the State of Georgia, to represent Defendant Equifax Information Services LLC, ("Equifax") in the above-captioned matter, and in support thereof state as follows:

1. The accompanying Affidavit of Garrett E. Miller establishes the following:

    a. He is a member of the law firm of Kilpatrick Stockton LLP, which has offices at 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309. Mr. Miller practices in the firm's Atlanta office.

    b. He is a member in good standing of the bar of the State of Georgia and is admitted to practice in the United States District Court for the Northern District of Georgia, and the Northern District of Illinois.

2. The purpose of this application is to make it possible for Mr. Miller to represent the defendant, which has sought this firm's advice and assistance with respect to this litigation.

9123385.1