IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| STEVEN BRYAN, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CASE NO: 2:06cv166-MEF |
| EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC. and PEOPLESSOUTH BANK f/k/a PEOPLES COMMUNITY BANK | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | | |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff, STEVEN BRYAN, by and through the undersigned attorney, and moves this honorable court for leave to amend his complaint to plead additional factual allegations. A proposed amended complaint is filed herewith as Exhibit "A."

SO MOVED on this the _____ day of April, 2006.

_____
JAMES D. PATTERSON (PAT16485)

Law Offices of Earl P. Underwood, Jr.
21 South Section St.
Fairhope, Alabama 36532
Phone: 251.990.5558

## CERTIFICATE OF SERVICE

   I hereby certify that on this the 18th day of April, 2006, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

E. Luckett Robinson, II
Hand Arendall. LLC
PO Box 123
Mobile AL 36601-0123
*Counsel for Equifax Information Services, LLC*

Kary Bryant Wolfe
Walston Wells Anderson & Birchall LLP
PO Box 830642
Birmingham AL 35283-0642
*Counsel for TransUnion*

JAMES D. PATTERSON