**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION**

| | |
|---|---|
| **STEVEN BRYAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **EQUIFAX INFORMATION SERVICES,** | ) **Case No.: 2:06-CV-00166-MEF-SRW** |
| **LLC, TRANS UNION, LLC. and PEOPLES** | ) |
| **SOUTH BANK f/k/a PEOPLES** | ) |
| **COMMUNITY BANK,** | ) |
| | ) |
| **Defendants.** | ) |

---

**DEFENDANT PEOPLESSOUTH BANK'S
MOTION FOR LEAVE TO FILE REPLY**

---

**COMES NOW** defendant, PeoplesSouth Bank ("PeoplesSouth"), by and through its undersigned counsel, and hereby requests leave to file a reply to plaintiff Steven Bryan's ("Bryan") Motion in Opposition to Defendant's Motion to Dismiss.  As grounds therefor, PeoplesSouth states the following:

1.    Bryan filed his Complaint on February 23, 2006.  (Doc. No. 1).

2.    PeoplesSouth filed its Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and incorporated Memorandum in Support ("Motion to Dismiss") on March 27 2006.  (Doc. No. 9).

3.    On March 31, 2006, the Magistrate Judge issued an Order setting an April 19, 2006 deadline for Bryan to respond to the Motion to Dismiss.  (Doc. No. 12).

4.    Bryan subsequently filed his Motion in Opposition to Defendant's Motion to Dismiss ("Motion to Dismiss Response") on April 19, 2006.  (Doc. No. 16).

1457356

5.      PeoplesSouth hereby requests leave to file a reply to Bryan's Motion to Dismiss Response.

6.      Said reply will clarify for the Court the issues presented for review and will significantly aid the decisional process of this Court.

7.      Furthermore, Bryan will not be prejudiced if PeoplesSouth is given leave to reply to his Motion to Dismiss Response.

WHEREFORE, for the reasons stated more fully herein, defendant PeoplesSouth requests leave to file a reply to plaintiff Bryan's Motion to Dismiss Response.

s/ Gary L. Howard
Gary L. Howard (HOW044)
Ricky J. McKinney (MCK030)
Christian W. Hancock (WAT070)
Jason A. Walters (WAL175)

Attorneys for Defendant PeoplesSouth Bank

**OF COUNSEL:**
BURR & FORMAN LLP
3100 Wachovia Tower
420 North Twentieth Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

### CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Earl P. Underwood, Jr.
James D. Patterson
Law Offices of Earl P. Underwood
21 South Section Street
Fairhope, Alabama  36533
epunderwood@alalaw.com
jpatterson@alalaw.com

Jim S. Calton, Jr.
Calton & Calton
226 East Broad Street
Eufaula, Alabama  36027
caltonlaw@eufaula.rr.com

Kary B. Wolfe
Walston Wells & Birchall LLP
One Federal Place, Suite 1100
1819 Fifth Avenue North
Birmingham, Alabama  35203
kwolfe@walstonwells.com

E. Luckett Robinson, II
Hand Arendall LLC
Post Office Box 123
Mobile, Alabama  36601
lrobinson@handarendall.com

Garrett E. Miller
Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
gmiller@kilpatrickstockton.com

s/ Gary L. Howard_____
Of Counsel