**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DISTRICT**

| | |
|---|---|
| **STEVEN BRYAN,** § | |
|     Plaintiff § | |
| **v.** § | |
| **EQUIFAX CREDIT INFORMATION** § | **CIVIL ACTION NO: 2:06-CV-00166-SRW** |
| **SERVICES, INC TRANS UNION LLC,** § | |
| **PEOPLESSOUTH BANK f/k/a** § | |
| **PEOPLES COMMUNITY BANK,** § | |
|     Defendants § | |

### DEFENDANT TRANS UNION LLC'S AMENDED DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby files its Amended Disclosure Statement and in support thereof would respectfully show the Court as follows:

1. Parent Companies: Trans Union LLC is wholly owned by TransUnion Corp., a Delaware Corporation.

2. No public company owns 10% or more of the stock in Trans Union LLC. Trans Union LLC is not publicly traded.

        Respectfully submitted,

        /s/ Kary B. Wolfe
        KARY BRYANT WOLFE (WOL016)
        WALSTON WELLS & BIRCHALL, LLP
        P.O. Box 830642
        Birmingham, Alabama 35283-0642
        (205) 244-5281
        (205) 244-5481 (Fax)

        **ATTORNEY FOR TRANS UNION LLC**

**CERTIFICATE OF SERVICE**

This is to certify that on the 1st day of May, 2006, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

James D. Patterson
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
P. O. Box 969
Fairhope, AL 36533-0969

Jimmy S. Calton, Jr.
Calton & Calton
PO Box 895
226 East Broad Street
Eufaula, AL 36072-0895

Earl Price Underwood, Jr.
Law Offices of Earl P Underwood
PO Box 969
Fairhope, AL 36533-0959
(Counsel for Plaintiff)

Christian W. Hancock
Gary Lane Howard
Ricky J. McKinney
Jason Allen Walters
Burr & Forman LLP
420 North Twentieth Street
3100 Wachovia Tower
Birmingham, AL 35203
(Counsel for Peoplessouth Bank)

Garrett E. Miller
Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530

890302.1/SP2/83057/0428/041806

Edward Luckett Robinson, II
Hand Arendall, L.L.C.
PO Box 123
Mobile, AL 36601
(Counsel for Equifax Information Services, LLC)

/s/ Kary B. Wolfe
OF COUNSEL