IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEVE BRYAN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:06-cv-166-MEF |
| | ) | |
| EQUIFAX INFORMATION SERVICE, | ) | |
| LLC, *et al.,* | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER

This cause is before the court on Plaintiff's Motion for Leave to Amend Complaint (Doc. # 15).  This motion is unopposed.  It is hereby ORDERED that Plaintiff's Motion for Leave to Amend Complaint (Doc. # 15) is GRANTED.  It is further ORDERED that Defendant Peoplesouth Bank's Motion to Dismiss and Incorporated Memorandum in Support (Doc. # 9), which motion is directed to the Complaint which will now be supplanted by the First Amended Complaint, is DENIED without prejudice to Defendant Peoplesouth Bank's ability to raise any of the grounds contained therein in a later motion directed at the First Amended Complaint.

DONE this the 9th day of May, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE