IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN BRYAN,                    )<br>                                              )<br>     Plaintiff,                       )<br>v.                                         )<br>                                              )<br>EQUIFAX INFORMATION SERVICES,  )<br>LLC, *et al.,*                          )<br>                                              )<br>     Defendants.                    ) | CASE NO. 2:06-cv-166-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #26) filed on May 23, 2006, it is hereby ORDERED that:

1.  The plaintiff shall file a response which shall include a brief and any evidentiary materials on or before June 8, 2006.

2.  The defendant may file a reply brief on or before June 15, 2006.

DONE this 25th day of May, 2006.

                                                                /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE