**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 25, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style: Steven Bryan vs. Equifax Information Services, LLC, et al**
**Case Number: 2:06cv166-MEF**

**Pleading : #27 - Order**

**Notice of Correction is being filed this date to advise that the referenced Order was docketed on 5/25/2006 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**