IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STEVEN BRYAN,                    )
                                 )
        Plaintiff,               )
v.                               )          CASE NO. 2:06-cv-166-MEF
                                 )
EQUIFAX INFORMATION SERVICES,    )
LLC, *et al.,*                   )
                                 )
        Defendants.              )

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss  (Doc. #26) filed on May

23, 2006, it is hereby ORDERED that:

1.  The plaintiff shall file a response which shall include a brief and any evidentiary

materials on or before June 8, 2006.

2.  The defendant may file a reply brief on or before June 15, 2006.

DONE this 25thday of May, 2006.


                          _____
                               /s/ Mark E. Fuller
                          CHIEF UNITED STATES DISTRICT JUDGE