**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

June 12, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Steven Bryan vs. Equifax Information Services, LLC, et al**
**Case Number: 2:06cv166-MEF**

**Pleading : #29 - Memorandum of Law in Opposition to Defendant's Motion to Dismiss**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 6/8/06 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**