IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| STEVEN BRYAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2:06-CV-00166-MEF-SRW |
| EQUIFAX INFORMATION SERVICES, | ) |
| LLC, TRANS UNION, LLC. and PEOPLES | ) |
| SOUTH BANK f/k/a PEOPLES | ) |
| COMMUNITY BANK, | ) |
| | ) |
| Defendants. | ) |

## REPORT OF THE PARTIES' PLANNING MEETING

1.  Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties held a planning meeting via teleconference on June 13, 2006. The participating counsel were as follows:

   James Patterson for Plaintiff Steven Bryan;

   Garrett Miller for Defendant Equifax Information Services, LLC;

   Kary Bryant Wolfe for Defendant Trans Union, LLC; and

   Christian Hancock for Defendant Peoples Community Bank.

2.  **Pre-Discovery Disclosures.** The parties will exchange by June 30, 2006 the information required by Federal Rule of Civil Procedure 26(a).

3.  **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

   (a) Discovery will be needed on the following issues.

   (i) Plaintiff's claims and Defendants' defenses.

1467151

(b) All discovery shall be commenced in time to be completed by April 2, 2007.

(c) A maximum of twenty-five (25) interrogatories by each party to any other party. (Responses due 30 days after service).

(d) A maximum of twenty-five (25) requests for admission by each party to any other party. (Responses due 30 days after service).

(e) A maximum of ten (10) depositions by the plaintiff and ten (10) by each of the defendants (not to include expert witness depositions), excluding depositions upon written questions.

(f) Each deposition limited to maximum of seven (7) hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26(a)(2) shall be due:

    (i) from the plaintiff by January 2, 2007, with said experts to be made available for deposition by February 2, 2007;

    (ii) from the defendants by February 15, 2007, with said experts to be made available for deposition by March 16, 2007.

(h) Supplementations under Rule 26(e) shall be due on March 1, 2007.

**4. Other Items.**

(a) The parties do not request a conference with the court before entry of the scheduling order.

(b) The parties request a pre-trial conference May 11, 2007.

(c) Plaintiff should be allowed until August 1, 2006 to join additional parties and amend the pleadings.

(d) Defendants should be allowed until September 13, 2006 to join additional parties and amend the pleadings.

(e) All potentially dispositive motions should be filed by April 16, 2007.

(f) Settlement of the case is possible but cannot be evaluated prior to January 2, 2007. At such time, if any of the parties believe the use of alternative dispute resolution procedures may be beneficial in resolving this case, the parties, individually or jointly, will so advise the court.

(g) Witness and Exhibit lists under Rule 26(a)(3) shall be due **30 days** prior to trial. The parties will have **15 days** after receipt of Witness and Exhibit Lists to list objections under Rule 26(a)(3).

(h) The case should be ready for trial by June 4, 2007 and should take approximately two (2) days to try.

Dated this 13th day of June, 2006.

| | |
|---|---|
| s/James D. Patterson | s/Kary B. Wolfe |
| Earl P. Underwood, Jr. | Kary B. Wolfe |
| James D. Patterson | Walston Wells & Birchall LLP |
| Law Offices of Earl P. Underwood | One Federal Place, Suite 1100 |
| 21 South Section Street | 1819 Fifth Avenue North |
| Fairhope, Alabama 36533 | Birmingham, Alabama 35203 |
| *Attorneys for Plaintiff Steven Bryan* | *Attorney for Trans Union LLC* |
| | |
| s/Christian W. Hancock | s/Garrett Miller |
| Gary L. Howard | Garrett E. Miller |
| Ricky J. McKinney | Kilpatrick & Stockton, LLP |
| Christian W. Hancock | 1100 Peachtree Street |
| Jason A. Walters | Suite 2800 |
| BURR & FORMAN LLP | Atlanta, GA 30309-4530 |
| 3100 Wachovia Tower | |
| 420 North Twentieth Street | *Attorney for Equifax Information Services, LLC* |
| Birmingham, Alabama 35203 | |
| *Attorneys for Peoples South Bank* | |