IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-166-MEF |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion for Marc F. Kirkland to Appear Pro Hac Vice (Doc. #33) filed on August 1, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 3rd day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE