IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN BRYAN, § | |
| Plaintiff, § | |
| v. § | |
| EQUIFAX INFORMATION SERVICES, § | CASE NO: 2:06-CV-00166-MEF-SRW |
| LLC, TRANS UNION LLC and § | |
| PEOPLESSOUTH BANK f/k/a § | |
| PEOPLES COMMUNITY BANK, § | |
| Defendants. § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Steven Bryan files this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Steven Bryan and Trans Union LLC to be determined by this Court. Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

s/ *James D. Patterson*

**JAMES D. PATTERSON**
jpatterson@alalaw.com
**LAW OFFICES OF EARL P. UNDERWOOD, JR.**
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969
(251) 990-5558
(251) 990-0626 (fax)

***ATTORNEY FOR PLAINTIFF***

**Page 1**

      s/ *Marc F. Kirkland*
-------------------------------------

**KARY BRYANT WOLFE** (WOL016)
kwolfe@walstonwells.com
**WALSTON WELLS & BIRCHALL, LLP**
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)

and

**MARC F. KIRKLAND** (KIRKM3147)
marc.kirkland@strasburger.com
**STRASBURGER & PRICE, LLP**
2801 Network Blvd., Suite 600
Frisco, TX  75034
469.287.3946
469.227.6575 (Fax)

***ATTORNEY FOR TRANS UNION LLC***

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Earl Price Underwood, Jr.
epunderwood@alalaw.com
James Donnie Patterson
jpatterson@alalaw.com
LAW OFFICES EARL P UNDERWOOD
PO Box 969
Fairhope, AL 36533-0959
  and
Jimmy S. Calton, Jr.
caltonlaw@eufaula.rr.com
CALTON & CALTON
PO Box 895
226 East Broad Street
Eufaula, AL 36072-0895
***Counsel for Plaintiff***

Christian W. Hancock
chancock@burr.com
Gary Lane Howard
ghoward@burr.com
Jason Allen Walters
jwalters@burr.com
Ricky J. McKinney
rmckinne@burr.com
BURR & FORMAN LLP
420 North Twentieth Street
3100 Wachovia Tower
Birmingham, AL 35203
***Counsel for Peoplessouth Bank f/k/a Peoples Community Bank***

Edward Luckett Robinson, II
lrobinson@handarendall.com
HAND ARENDALL, L.L.C.
PO Box 123
Mobile, AL 36601
  and
Garrett E. Miller
gmiller@kilpatrickstockton.com
KILPATRICK & STOCKTON, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
***Counsel for Equifax***

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None.

                                          s/ *Marc F. Kirkland*
                                          MARC F. KIRKLAND