IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STEVEN BRYAN,                              §

    Plaintiff,                         §

v.                                         §

EQUIFAX INFORMATION SERVICES,              §    CASE NO: 2:06-CV-00166-MEF-SRW
LLC, TRANS UNION LLC and                   §
PEOPLESSOUTH BANK f/k/a
PEOPLES COMMUNITY BANK,                     §

    Defendants.                        §

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Steven Bryan has announced to the Court that all matters in controversy against Trans Union have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Steven Bryan against Defendant Trans Union is in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

1943897.1/SP/83057/0428/110806