IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-166-MEF |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Stipulation of Dismissal with Prejudice (Doc. #35) filed on November 8, 2006, it is hereby

ORDERED that the Trans Union LLC is dismissed as a party in this action, with prejudice and costs to be paid by the party incurring same.

This Order does not affect the plaintiff's claims against the remaining defendants.

DONE this the 13th day of November, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE