IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| STEVEN BRYAN, | ) |
|       Plaintiff, | ) |
| v. | ) Case No.: 2:06-CV-00166-MEF-SRW |
| EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and PEOPLES SOUTH BANK f/k/a PEOPLES COMMUNITY BANK, | ) |
|       Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the plaintiff, Steven Bryan, and defendant, PeoplesSouth Bank, by and through their undersigned counsel, and hereby present this stipulation of dismissal of all claims of plaintiff against defendant PeoplesSouth Bank. By so doing:

1. Plaintiff stipulates to this Honorable Court that this action and each and every claim by plaintiff against defendant PeoplesSouth Bank shall be dismissed <u>with</u> prejudice, each party to bear its own costs.

2. A proposed Order is attached hereto as Exhibit A.

                                            s/ James D. Patterson
                                            Earl P. Underwood, Jr.
                                            James D. Patterson
                                            Law Offices of Earl P. Underwood
                                            21 South Section Street
                                            Fairhope, Alabama 36533
                                            epunderwood@alalaw.com
                                            jpatterson@alalaw.com

                                            ATTORNEYS FOR PLAINTIFF STEVEN BRYAN

1514348

s/Christian W. Hancock
Gary L. Howard (HOW044)
Christian W. Hancock (WAT070)
BURR & FORMAN LLP
3100 Wachovia Tower
420 North Twentieth Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
ghoward@burr.com
chancock@burr.com

ATTORNEYS FOR DEFENDANT
PEOPLESSOUTH BANK

1514348

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Earl P. Underwood, Jr.
James D. Patterson
Law Offices of Earl P. Underwood
21 South Section Street
Fairhope, Alabama 36533
epunderwood@alalaw.com
jpatterson@alalaw.com

Jim S. Calton, Jr.
Calton & Calton
226 East Broad Street
Eufaula, Alabama 36027
caltonlaw@eufaula.rr.com

Marc F. Kirkland
Strasburger & Price, LLP
2801 Network Boulevard, Suite 600
Frisco, Texas 75034
marc.kirkland@strasburger.com

Kary B. Wolfe
Walston Wells & Birchall LLP
One Federal Place, Suite 1100
1819 Fifth Avenue North
Birmingham, Alabama 35203
kwolfe@walstonwells.com

E. Luckett Robinson, II
Hand Arendall LLC
Post Office Box 123
Mobile, Alabama 36601
lrobinson@handarendall.com

Garrett E. Miller
Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
gmiller@kilpatrickstockton.com


s/ Christian W. Hancock
Of Counsel