IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| STEVEN BRYAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and PEOPLES SOUTH BANK f/k/a PEOPLES COMMUNITY BANK, | ) ) ) ) ) Case No.: 2:06-CV-00166-MEF-SRW |
| Defendants. | ) |

## ORDER OF DISMISSAL

**WHEREFORE**, plaintiff Steven Bryan, and defendant PeoplesSouth Bank, filed a Joint Stipulation of Dismissal With Prejudice, it is hereby,

**ORDERED, ADJUDGED and DECREED** that the claims of the plaintiff against defendant PeoplesSouth Bank in the above-styled action are hereby dismissed <u>with</u> prejudice, each party to bear its own costs.

**DONE AND ORDERED** this _____ day of _____ 2006.

_____
Judge Mark E. Fuller

cc:   All counsel of record