IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-166-MEF |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #37) filed on November 29, 2006, it is hereby ORDERED as follows:

(1)  All claims against Defendant PeoplesSouth Bank are DISMISSED WITH PREJUDICE and costs to be paid by the party incurring same.  This Order does not affect the plaintiff's claims against the remaining defendants other than PeoplesSouth Bank.

(2)  Defendant PeoplesSouth Bank's Motion to Dismiss Plaintiff's First Amended Complaint and Incorporated Memorandum in Support (Doc. # 26) is DENIED as MOOT.

DONE this 5th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE