UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **STEVEN BRYAN,** | CASE NO. 2:06-cv-00166-MEF-SRW |
|     **Plaintiff,** | |
|     vs. | |
| **EQUIFAX INFORMATION SERVICES, LLC**, **PEOPLESOUTH BANK, et al.,** | |
|     **Defendants.** | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant Equifax Information Services, LLC, ("Equifax"), pursuant to Local Rule 83.1(e), hereby gives notice of its change in attorneys. Equifax substitutes its current attorneys Amy Greenstein and her law firm Kilpatrick Stockton, LLP, and E. Luckett Robinson, II and his firm Hand Arendall, LLC with Michael D. Douglas and his law firm King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309, and Kirkland E. Reid and his law firm Miller, Hamilton, Snider & Odom, LLC, 254 State Street, P.O. Box 46 (36601), Mobile, AL 36603 in the above-captioned action. In support of this Notice, Equifax shows unto the Court as follows:

Kilpatrick Stockton, LLP, has been national counsel for Equifax Information Services, LLC, in all of its consumer litigation across the United States and Puerto Rico. E. Luckett Robinson, II and his firm Hand Arendall, LLC have been local counsel for Equifax Information Services, LLC, in the State of Alabama. Equifax now desires to transfer the defense of all its litigation to King & Spalding, LLP, effective January 1, 2007. Michael D. Douglas of King & Spalding, LLP, is filing contemporaneously herewith, or soon after, his *pro hac vice* motion, and

an appearance by Kirkland E. Reid of Miller, Hamilton, Snider & Odom, LLC, as new local counsel, is hereby made by this Notice.

Dated: December 28, 2006.

Respectfully submitted,

EQUIFAX INFORMATION SERVICES, LLC

s/ Kirkland E. Reid
Kirkland E. Reid, Esq.
MILLER, HAMILTON, SNIDER
  & ODOM, LLC
254 State Street
P.O. Box 46 (36601)
Mobile, AL  36603
Tel: (251) 439 – 7513
Fax:  (251) 433 – 1001
kirkreid@mhsolaw.com

Michael D. Douglas, Esq.
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 215-5926
Fax: (404) 572-5100
MDouglas@KSLaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Earl Price Underwood, Jr.**
Law Offices of Earl P Underwood
PO Box 969
Fairhope, AL 36533-0959
251-990-5558
Fax: 251-990-0626
Email: epunderwood@alalaw.com

**James Donnie Patterson**
Law Offices of Earl P Underwood
PO Box 969
Fairhope, AL 36533-0959
251-990-5558
Fax: 251-990-0626
Email: jpatterson@alalaw.com

**Jimmy Spurlock Calton, Jr.**
Calton & Calton
226 East Broad Street
P O Box 895
Eufaula, AL 36027
334-687-3563
Fax: 334-687-3564
Email: caltonlaw@eufaula.rr.com

Attorneys for Plaintiff

**Christian W. Hancock**
Burr & Forman LLP
420 North Twentieth Street
3100 Wachovia Tower
Birmingham, AL 35203
205-251-3000
Fax: 205-458-5100
Email: chancock@burr.com

**Gary Lane Howard**
Burr & Forman LLP
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203
205-251-3000
Fax: 205-244-5661
Email: ghoward@burr.com

**Jason Allen Walters**
Burr & Forman LLP -- B'ham
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203
205-251-3000
Fax: 205-244-5717
Email: jwalters@burr.com

**Ricky J. McKinney**
Burr & Forman LLP
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203
205-251-3000
Fax: 458-5100
Email: rmckinne@burr.com

Attorneys for PeopleSouth Bank

    s/ Kirkland E. Reid
    Kirkland E. Reid