IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN BRYAN,                               )  | |
|                                             )  | |
|    Plaintiff,                )  | |
| v.                                          )  | CASE NO. 2:06-cv-166-MEF |
|                                             )  | |
| EQUIFAX INFORMATION SERVICES,               )  | |
| LLC, *et al.,*                              )  | |
|                                             )  | |
|    Defendants.               )  | |

## **O R D E R**

Upon consideration of the defendant's Notice of Substitution of Counsel (Doc. #40) filed on December 28, 2006, which the court construes as a motion to withdraw, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 4th day of January, 2007.

                                       /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE