IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| STEVEN BRYAN, <br><br>　　Plaintiff, <br><br>v. <br><br>EQUIFAX INFORMATION SERVICES, LLC, PEOPLESOUTH BANK, et al <br><br>　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:06-CV-00166-MEF-SRW |

## MOTION FOR ADMISSION PRO HAC VICE

Equifax Information Services LLC ("Equifax"), one of the Defendants herein, by and through its counsel, Kirkland E. Reid, hereby moves this Court for the admission by comity of Michael D. Douglas, to serve as counsel for Equifax *Pro Hac Vice*.

1.　Michael D. Douglas is an attorney practicing with the firm of King & Spalding, LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309-3521. He is a member in good standing of the State Bar of Georgia. He is admitted to practice before the State of Georgia - admitted October 26, 1999; Georgia Court of Appeals - admitted October 26, 1999; Georgia Supreme Court - admitted October 26, 1999; the United States District Court - Northern District of Georgia - admitted October 26, 1999; and the United States Court of Appeals - 11th Circuit - admitted December 29, 2003.

2.　Mr. Douglas is familiar with the Local Rules for the Middle District of Alabama and the Alabama Rules of Professional Conduct.

3.  As required by Local Rule 83.1(b) we will provide a check for $20.00 for processing to the Clerk of the Court immediately after filing this Motion for Admission Pro Hac Vice.

4.  A copy of a Certificate of Good Standing for Mr. Douglas from the United States District Court Northern District of Georgia attached hereto as Exhibit "A", the original of which has been sent to the Clerk via FedEx on this same date.

5.  A form of an Order granting this Request is respectfully attached as Exhibit "B".

WHEREFORE, Equifax prays that this Motion be granted and this Court issue an Order admitting Michael D. Douglas as counsel pro hac vice for Equifax.

Respectfully submitted,

Miller, Hamilton, Snider & Odom, L.L.C.

s/ Kirkland E. Reid
Kirkland E. Reid (REIDK9451)
MILLER, HAMILTON, SNIDER & ODOM, LLC
254 State Street
P.O. Box 46 (36601)
Mobile, AL  36603
(251) 439-7513:  Telephone
(251) 433-1001:  Facsimile
kirkreid@mhsolaw.com

*Attorney for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Jimmy Spurlock Calton, Jr.**
Calton & Calton
226 East Broad Street
P O Box 895
Eufaula, AL 36027

representing

**Steven Bryan**
*(Plaintiff)*


**Michael D. Douglas**
King & Spalding LLP -- ATL
1180 Peachtree Street, NE
Atlanta, GA 30309-3521

representing

**Equifax Information Services, LLC**

*(Defendant)*


**Christian W. Hancock**
**Gary Lane Howard**
**Ricky J. McKinney**
**Jason Allen Walters**
Burr & Forman LLP
420 North Twentieth Street
3100 Wachovia Tower
Birmingham, AL 35203

representing

**Peoplessouth Bank**
*(Defendant)*


**James Donnie Patterson**
**Earl Price Underwood, Jr.**
Law Offices of Earl P Underwood
PO Box 969
Fairhope, AL 36533-0959

representing

**Steven Bryan**
*(Plaintiff)*


                                        s/ Kirkland E. Reid
                                        Kirkland E. Reid