**EXHIBIT A**



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  }
                          } ss.
NORTHERN DISTRICT OF GEORGIA }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **MICHAEL D. DOUGLAS, 227454,** was duly admitted to practice in said Court on October 26, 1999 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 28th day of December, 2006.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk