**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| STEVEN BRYAN,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, PEOPLESOUTH BANK, et al<br><br>    Defendants. | Civil Action No. 2:06-CV-00166-MEF-SRW |

## ORDER GRANTING REQUEST FOR ADMISSION PRO HAC VICE

Having considered the Motion for Leave to Appear Pro Hac Vice filed January 10, 2007, and for good cause shown, the Court finds that said motion should be sustained and that Michael D. Douglas should be and hereby is admitted to practice in the United States District Court for the Middle District of Alabama for purposes of this case only.

Dated this _____ day of _____, 2007.

_____