IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN BRYAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-166-MEF |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for Michael D. Douglas to Appear *Pro Hac Vice* (Doc. #42) filed on January 10, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 16th day of January, 2007.

                          /s/ Mark E. Fuller
                          CHIEF UNITED STATES DISTRICT JUDGE