IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| STEVEN BRYAN, | ) |
| Plaintiff, | ) |
| VS. | ) CASE NO: 2:06CV166-SRW |
| EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC. and PEOPLESSOUTH BANK f/k/a PEOPLES COMMUNITY BANK | ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the Plaintiff, Steven Bryan, and the Defendant, Equifax Information Services, LLC, by and through their undersigned counsel, and hereby present this stipulation of dismissal with prejudice of all claims of Plaintiff against the Defendant, each party to bear his own cost. The parties also show unto the Court that they have reached a compromise of the controversies in this case and have entered into a Settlement Agreement manifesting the terms of that compromise. A proposed Order is attached hereto as Exhibit A.

Executed as of the 16th day of January, 2007.

s/James D. Patterson
**James D. Patterson, Attorney for Plaintiff**
jpatterson@alalaw.com
LAW OFFICES OF EARL P. UNDERWOOD, JR.
PO Box 969
Fairhope AL 36533
251.990.5558

        s/Michael D. Douglas
Michael D. Douglas
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Direct Dial: (404) 215-5926
Direct Fax: (404) 572-5100
mdouglas@kslaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **STEVEN BRYAN,** ) | |
| Plaintiff, ) | |
| VS. ) | CASE NO: 2:06CV166-SRW |
| **EQUIFAX INFORMATION** ) **SERVICES, LLC, TRANS UNION,** **LLC. and PEOPLESSOUTH BANK f/k/a** ) **PEOPLES COMMUNITY BANK** ) | |
| Defendants. | |

## ORDER OF DISMISSAL

**WHEREFORE**, Plaintiff Steven Bryan, and Defendant Equifax Information Services, LLC, filed a Joint Stipulation of Dismissal with Prejudice, it is hereby,

**ORDERED, ADJUDGED and DECREED** that the claims of the Plaintiff against Defendant Equifax Information Services, LLC, in the above-styled action are hereby dismissed with prejudice, each party to bear its own costs.

**DONE AND ORDERED** this _____ day of _____, 2007.

_____
Judge Mark E. Fuller

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of January, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

Garrett Miller
Kilpatrick Stockton
1100 Peachtree Street, Suite 2800
Atlanta GA 30309-4530
*Counsel for Equifax Information Services, LLC*

Marc Kirkland
Strasburger & Price, LLP
2801 Network Blvd., Ste 600
Frisco TX 75034
*Counsel for TransUnion*

Christian Hancock
Gary L. Howard
Burr & Foreman, LLP
420 North Twentieth Street, Suite 3100
Birmingham AL 35203
*Counsel for Peoplessouth Bank*

JAMES D. PATTERSON